Certificate Number: 16199-OR-CC-033657134



16199-OR-CC-033657134

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 5, 2019</u>, at <u>11:29</u> o'clock <u>PM EST</u>, <u>Kevin R Doherty</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Oregon</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 5, 2019</u>            By:   <u>/s/Nikia Butterfield for Haley Lamb</u>

                                        Name:  <u>Haley Lamb</u>

                                        Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).