UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor(s)

Case No. _____
 Amended

**NOTICE OF MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. § 522(f)**

The attached motion was filed on behalf of the debtor(s) to avoid a lien pursuant to 11 U.S.C. § 522(f). The name and address of the debtor(s)' attorney (or debtor(s), if no attorney) are:



If you wish to object to the motion, you must, within 14 days of the service date shown below, file the following with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401:

1) a written objection, setting forth the specific grounds for the objection; and

2) a certificate showing the response has been served on the person named above.

If no timely objection is filed, the court may sign an order submitted by the debtor(s) granting the motion.

### Certificate of Service

Note: Service must be made pursuant to Federal Rule of Bankruptcy Procedure 7004 (for example, 7004(b)(3) for corporations and 7004(h) for insured depository institutions).

I certify on _____ this notice, the motion, and if this notice was served on paper, Local Bankruptcy Form (LBF) 717.15, *Procedures re: Motion to Avoid Liens Pursuant to 11 U.S.C. § 522(f)*, were served on the trustee, U.S. Trustee, and all other parties named in the motion, whose names and addresses are listed below:

  Bank of the West; Nandita Bakhshi, Pres;180 Montgomery St; San Francisco, CA 94104
  Bank of the West; c/o Aaron Bell; PO Box 1547, Willsonville, OR 97070

_____    _____
Signature                                   OSB# (if attorney)

Debtor(s) address (if not provided above) and last 4 digits of Taxpayer ID#
_____

**717 (12/1/2019)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor(s)

Case No. _____
  Amended

**MOTION TO AVOID JUDICIAL LIEN
ON REAL PROPERTY PURSUANT TO
11 U.S.C. § 522(f)(1)(A)**

*Instruction to Filer: See [Local Bankruptcy Form (LBF) 717.15](#), Procedures re: Motions to Avoid Liens Pursuant to 11 U.S.C. § 522(f).*

Pursuant to 11 U.S.C. § 522(f)(1)(A), debtor moves to avoid a judicial lien on real property referenced below and alleges as follows:

1. Name and address of lienholder whose lien is to be avoided:

2. The nature of the judicial lien and the date when it was obtained (include case name, number, county, state, date on which judgment was docketed, and any transcription information):

3. Street address and legal description (attach exhibit if necessary) of real property to which judicial lien attaches:

4. Date petition filed: _____

5. Fair market value of real property on the petition date: $_____

6. Name(s) of and amount(s) due to all senior lienholder(s):

**717.05 (12/1/2019)**          Page 1 of 2

7. Present balance owing to senior lienholder(s) plus junior consensual liens on petition date excluding any precomputed interest or other unearned charges: $ _____ .

8. The description of statutory authority for, and amount of impaired exemptions:

9. Other relevant facts:

10. In light of the foregoing, and under 11 U.S.C. § 522(f)(1)(A), debtor is entitled to avoid the lien referenced in paragraph 2 above:

   in full so that it no longer remains a lien against debtor's real property  or

   in the amount of $_____ so that it remains a lien against debtor's real property in the amount of $_____.

   _____
   Debtor's or Debtor's Attorney's Signature

   _____
   Address

   _____

   _____
   Phone #

717.05 (12/1/2019)          Page 2 of 2

# EXHIBIT "ONE"

Lot 7 and all that portion of Lot 6 lying Southeasterly of a line drawn parallel with and 5 feet Northwesterly from, when measured at right angles to, the line between Lots 6 and 7 and also all that portion of Lot 8 lying Northwesterly of a line drawn parallel with and 5 feet Southeasterly from, when measured at right angles to, the line between Lots 8 and 7, all in Block 3, SKYLINE HEIGHTS, in the County of Multnomah and State of Oregon.

# PROCEDURES RE: MOTIONS TO AVOID LIENS PURSUANT TO 11 U.S.C § 522(f)

1.  **Motion**. A motion to avoid a judicial lien on real property must be filed on Local Bankruptcy Form (LBF) 717.05. A motion to avoid a lien on any other collateral under 11 U.S.C. § 522(f) must be in writing and state:

    a.  Name and address of lienholders whose liens are to be voided;
    b.  The subsection of § 522(f) under which relief is requested;
    c.  The nature of the security interests or liens;
    d.  The date upon which the security interests or liens were perfected;
    e.  A description of the collateral sufficient for identification;
    f.  The fair market value of the collateral;
    g.  A description of and the amounts due upon any other security interests or liens upon the collateral;
    h.  Description of nature and amount of exemptions impaired;
    i.  The present balance owing on the security interests or liens upon the collateral, excluding any precomputed interest or other unearned charges;
    j.  Extent to which fixing of the liens should be avoided; and
    k.  Any other facts which would be relevant in determining whether the motion should be granted.

2.  **Notice of Motion**. The debtor must use the current version of LBF 717.

3.  **Filing and Service of Motion and Notice of Motion**. The debtor must serve the motion and notice on all parties listed on the certificate of service of the notice and file them with the clerk.

4.  **Objection.** If any party wishes to object to the motion, the party must file a written objection with the clerk by the deadline stated in the notice of motion.

5.  **Hearing**. If a timely objection is filed, the court will decide whether a hearing will be required. If so, a notice of hearing will be issued by the clerk.

6.  **Failure to Respond.** If no timely objection is filed, the court may sign an order, submitted by the debtor on LBF 717.07 if the lien is a judicial lien on real property, granting the motion.

7.  **Order.** An order avoiding a judicial lien on real property must be submitted on LBF 717.07.

**717.15 (12/1/2019)**